# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CARY WHITT § | |
| § | Civil Action No. 4:17-CV-727 |
| v. § | (Judge Schell/Judge Nowak) |
| § | |
| COMMISSIONER, SSA § | |

## MEMORANDUM OPINION AND ORDER

The court, having reviewed Plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act, 28 U.S.C. § 2412 (Dkt. #19) and Commissioner's Response (Dkt. #21), wherein the Commissioner does not object to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion (Dkt. #19) is **GRANTED**, and the Commissioner is directed to pay four thousand, four hundred seventeen dollars and thirty-one cents ($4,417.31) in attorney's fees and four hundred dollars ($400.00) in costs, for a total amount of four thousand, eight hundred seventeen dollars and thirty-one cents ($4,817.31), such payment to be made payable to the Plaintiff and mailed to Plaintiff's counsel.

**IT IS SO ORDERED**.

SIGNED this the 27th day of May, 2019.

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE